# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129962

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BOBY G. GRANBERRY,
      Plaintiff-Appellant,

v

                                        SC: 129962
                                        COA: 263513
                                        WCAC: 03-000372

GMAC ROCHESTER FLINT and SECOND
INJURY FUND,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the October 17, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

Clerk

t0221